UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-135 RSL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JESSIE CRUZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has considered the unopposed defense motion to proceed with guilt plea by video or telephonic hearing. For the reasons set forth therein, and pursuant to General Order 04-20, the court finds that the plea and sentencing in that case cannot be further delayed without serious harm to the interests of justice and directs that this matter be scheduled for a plea hearing by way of video.

ORDERED this 7th day of January, 2021.

_____
ROBERT S. LASNIK
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney